**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**SUZANNE L. DEAN,**

              **Plaintiff,**

      **v.**                                  3:10-CV-1138

**MICHAEL ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

              **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Hinman, Howard Law Firm<br>P.O. Box 5250<br>80 Exchange Street<br>700 Security Mutual Building<br>Binghamton, NY 13902-5250<br>Counsel for Plaintiff | Laurie M. Ceparano, Esq. |
| Social Security Administration<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 10278<br>Counsel for Defendant | David L. Brown, Esq.<br>Special Asst. U.S. Attorney for Defendant |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

**ORDER**

      The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 14th day of July 2011.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The decision of the Commissioner is affirmed and plaintiff's complaint is dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  August 1, 2011
         Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge