# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**SUZANNE L. DEAN**

     vs.                 **CASE NUMBER: 3:10-CV-1138**
                                      **(NAM/ATB)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of Magistrate Judge Andrew T. Baxter is adopted its entirety.  The Commissioner's decision is AFFIRMED and Plaintiff's Complaint is DISMISSED.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the 1st day of August, 2011.

DATED: August 2, 2011

Clerk of Court

s/ Melissa Ennis
_____
Melissa Ennis
Deputy Clerk